THE PEOPLE, RESPONDENT, v. VIDAL, APPELLANT.

APPEAL from the District Court of San Juan, Section 2.

No. 531.—Decided February 13, 1913.

CRIMINAL LAW—SANITARY REGULATIONS—RAT-PROOFING HOUSES—INFORMATION, INSUFFICIENT.—In order that a person may be convicted of a violation of Sanitary Regulation No. 3, it is necessary that the information allege whether the house ordered to be made rat-proof is a dwelling or otherwise. *The People v. Blanco,* 18 P. R. R., 980; *The People v. Gestera,* decided ante p. 7.

The facts are stated in the opinion.
*Mr. Charles E. Foote, fiscal,* for The People.
The appellant did not appear.
MR. JUSTICE WOLF delivered the opinion of the court.

Teodoro Vidal was charged in the District Court of San Juan with a violation of the Sanitary Regulations and convicted. The information sets up that he has, as managing partner of the firm of Aboy, Vidal & Co., failed to make certain repairs on a house belonging to such firm, although required so to do by the Sanitary Regulations, and that he was notified to make such repairs within a certain definite time. The particular regulation is number 3 and relates to definite kinds of houses. The information is defective inasmuch as it fails to specify the kind of a house for which the appellant is responsible. Un'ess the information shows whether the house is a dwelling or otherwise, it is impossible from the inspection of the information to declare that any duty devolved upon the defendant or, hence, that there had been a violation of that duty. Similar decisions have been ren-

.dered by this court in the cases of *The People* v. *Blanco,* 18 P. R. R., 980, and *The People* v. *Gestera, ante* p. 7.

The judgment must be reversed.

*Reversed.*

Chief Justice Hernández and Justices MacLeary, del Toro and Aldrey concurred.